UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

Marina Iskhakova, on behalf of herself and
all others similarly situated

                                   Plaintiff,

-v.-

E. J. Landrigan, Inc.

                                   Defendants.

---------------------------------------------------------------x

Civil Action No:
1:22-cv-7268

## **JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** August 22, 2023

| **For Plaintiff Marina Iskhakova** | **For Defendant E.J. Landrigan, Inc.** |
|---|---|
| */s/ Mark Rozenberg*<br>Mark Rozenberg<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph:  (201) 282-6500<br>mrozenberg@steinsakslegal.com | */s/ Ryan T. Benson*<br>Ryan T. Benson<br>O'Hagan Meyer LLC<br>One East Wacker Drive Suite 3400<br>Chicago, IL 60601<br>Ph:  (312) 422-6100<br>rbenson@ohaganmeyer.com |

1

2

## CERTIFICATE OF SERVICE

      I certify that on August 22, 2023, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        */s/ Mark Rozenberg*
                                        Mark Rozenberg
                                        **Stein Saks, PLLC**
                                        One University Plaza
                                        Hackensack, NJ 07601
                                        *Attorneys for Plaintiff*